UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2015 NOV 10 AM 10: 02

Snogville Dinkins
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Detective. Albert Brust Shield # 2001
Detective. Anthony Barbece Shield # 64
SDS Aisha Erickson
NYPD / 88th Precient
_____

_____

_____

_____

_____

_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
*(check one)*

# 15CV 8847

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.      Parties in this complaint:

A.      List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff       Name Snogville Dinkins
                ID # 14-A-5546
                Current Institution Upstate Correctional Facility
                Address 309 Barehill Road. P.O. Box 2001
                        Malone, N.Y. 12953

B.      List all defendants' names, positions, places of employment, and the address where each defendant
may be served. Make sure that the defendant(s) listed below are identical to those contained in the
above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*                                          1

Defendant No. 1    Name Albert Brust                  Shield # 2002
                   Where Currently Employed NYPD Precient #88
                   Address 298 Classon Avenue
                   Brooklyn, N.Y. 11205

Defendant No. 2    Name Anthony Barbee                Shield # 64
                   Where Currently Employed NYPD Precient #88
                   Address 298 Classon Avenue
                   Brooklyn, N.Y. 11205

Defendant No. 3    Name Richa Erickson                Shield # N/A
                   Where Currently Employed 298 Classon Avenue NYPD Precient #88
                   Address 298 Classon Avenue
                   Brooklyn, N.Y. 11205

Defendant No. 4    Name NYPD Headquaters              Shield # N/A
                   Where Currently Employed NYPD
                   Address 1 police plaza
                   New york, New york

Defendant No. 5    Name 88th Precient                 Shield # N/A
                   Where Currently Employed NYPD Precient # 88
                   Address 298 Classon Avenue
                   Brooklyn, NY. 11205

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  NYPD Precient #88

B.    Where in the institution did the events giving rise to your claim(s) occur?  the jail Outside of the Interrogation room.

C.    What date and approximate time did the events giving rise to your claim(s) occur?  5-29-14 at approx 7:30 pm

**D.** **Facts:** On 5-29-14, Detectives, Albert Brust and Anthony Barbee had me outside of the interrogation room at a desk, looking at a video that was placed on "Facebook" of the "Assault", I was being charged with, I identified myself in the video as ~~was~~ just watching a "Girl Fight".

> What happened to you?

Both Detectives told me even tho I didn't do anything, that I was still being charged with the crime because, no one else was arrested for it, later on down the line I was placed in an illegal line-up. (The line-up was unduly, because some of the "Fillers" ~~didn't~~ resemble me, not even a little bit)

> Who did what?

The "SDS" Richa Erickson was not present, but was involved because he/she, gave the Detectives the "OK" to charge me, and put me through the system for the assault. The Case was later dismissed. On or about 11-25-14

> Was anyone else involved?

In result to this matter, it is "False Arrest, Unlawful imprisonment, Malicious Prosecution, Malicious abuse of process, and intentional infliction of emotional distress. ☒

> Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained Cruel and Inhumane Treatment and Mental/Emotional Distress. In result of above matter, I was also placed on Physch meds for "Sleep" and "Depression".

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

**A.** Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _✓_ Precient

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _Because_ _I was in the precient_

_____

_____

_____

*Rev. 05/2007*                    4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _I informed my Attorney before arraignment in Kings County Criminal Court._

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _500,000.00_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

**On these claims**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No __✓__

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.   Parties to the previous lawsuit:

    Plaintiff _____

    Defendants _____

    2.   Court (if federal court, name the district; if state court, name the county) _____

    _____

    3.   Docket or Index number _____

    4.   Name of Judge assigned to your case _____

    5.   Approximate date of filing lawsuit _____

    6.   Is the case still pending? Yes _____ No _____

    If NO, give the approximate date of disposition _____

    7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

    _____

    _____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes __✓__ No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.   Parties to the previous lawsuit:

    Plaintiff Shaquille Dinkins _____

    Defendants C.O. Munoz, Shield # 10864 _____

    2.   Court (if federal court, name the district; if state court, name the county) New York County, United States District Court Southern District of New York

    3.   Docket or Index number 15-CV-3218

    4.   Name of Judge assigned to your case Gregory H. Woods

    5.   Approximate date of filing lawsuit April 21, 2014

    6.   Is the case still pending? Yes _____ No __✓__

    If NO, give the approximate date of disposition 9-27-15

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _Settled outside of court_

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _4_ day of _November_ , 20_15_.

Signature of Plaintiff   _Shaquille Dinkins_

Inmate Number   _14-A-5546_

Institution Address   _Upstate Correctional Facility_

_309 Bare Hill Road_

_P.O. Box 2001_

_Malone, New York, 12953_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _4_ day of _November_ , 20_15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _Shaquille Dinkins_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

_____

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____

CLERK                                              DATE

_____

(By) DEPUTY CLERK

JS 44C/SDNY
REV. 12/2005

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

Shaquille Dinkins

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)        ATTORNEYS (IF KNOWN)

42 U.S.C. 1983. Civil Rights Action.

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Has this or a similar case been previously filed in SDNY at any time? No ☐ Yes? ☑ Judge Previously Assigned  Gregory H. Woods

If yes, was this case Vol.☐ Invol. ☐ Dismissed. No ☐ Yes ☐  If yes, give date _____ & Case No. 15-CV-3218

*(PLACE AN [x] IN ONE BOX ONLY)*                    NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 610 AGRICULTURE | [ ] 422 APPEAL 28 USC 158 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 620 FOOD & DRUG | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | | [ ] 430 BANKS & BANKING |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | | [ ] 630 LIQUOR LAWS | PROPERTY RIGHTS | [ ] 450 COMMERCE/ICC RATES/ETC |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | PERSONAL PROPERTY | [ ] 640 RR & TRUCK | [ ] 820 COPYRIGHTS | [ ] 460 DEPORTATION |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 650 AIRLINE REGS | [ ] 830 PATENT | [ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 660 OCCUPATIONAL SAFETY/HEALTH | [ ] 840 TRADEMARK | [ ] 480 CONSUMER CREDIT |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | [ ] 690 OTHER | SOCIAL SECURITY | [ ] 490 CABLE/SATELLITE TV |
| [ ] 160 STOCKHOLDERS SUITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | LABOR | [ ] 861 MIA (1395FF) | [ ] 810 SELECTIVE SERVICE |
| [ ] 190 OTHER CONTRACT | | | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 195 CONTRACT PRODUCT LIABILITY | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC (405(g)) | [ ] 875 CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 196 FRANCHISE | | | [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 863 DIWW (405(g)) [ ] 864 SSID TITLE XVI [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURE ACTS |
| | | | [ ] 740 RAILWAY LABOR ACT | FEDERAL TAX SUITS | [ ] 892 ECONOMIC STABILIZATION ACT |
| | ACTIONS UNDER STATUTES | | [ ] 790 OTHER LABOR LITIGATION | [ ] 870 TAXES | [ ] 893 ENVIRONMENTAL MATTERS |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 791 EMPL RET INC SECURITY ACT | [ ] 871 IRS-THIRD PARTY 20 USC 7609 | [ ] 894 ENERGY ALLOCATION ACT |
| [ ] 210 LAND CONDEMNATION | [ ] 441 VOTING | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | | | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 220 FORECLOSURE | [ ] 442 EMPLOYMENT | [ ] 530 HABEAS CORPUS | | | [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 443 HOUSING ACCOMMODATIONS | [ ] 535 DEATH PENALTY | | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 240 TORTS TO LAND | [ ] 444 WELFARE | [ ] 540 MANDAMUS & OTHER | | | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [X] 550 CIVIL RIGHTS | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | [ ] 555 PRISON CONDITION | | | |
| | [ ] 440 OTHER CIVIL RIGHTS | | | | |

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23                DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____  DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☑ YES ☐ NO              NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | |
|---|---|---|---|---|---|
| ☑1 Original Proceeding | ☐2a. Removed from State Court | ☐3 Remanded from Appellate Court | ☐4 Reinstated or Reopened | ☐5 Transferred from (Specify District) | ☐6 Multidistrict Litigation | ☐7 Appeal to District Judge from Magistrate Judge Judgment |
| | ☐2b. Removed from State Court AND at least one party is a pro se litigant | | | | |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | IF DIVERSITY, INDICATE |
|---|---|---|---|
| ☐1 U.S. PLAINTIFF | ☐2 U.S. DEFENDANT | ☑3 FEDERAL QUESTION (U.S. NOT A PARTY) | ☐4 DIVERSITY | CITIZENSHIP BELOW. (28 USC 1332, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Upstate Correctional Facility
309 Barehill Road - P.O. Box 2001
Malone, N.Y. 12953

Franklin County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
NYPD Precient 88 - Kings County - 298 Classon Avenue, Brooklyn N.Y. 11205
Detective Albert Brust - kings County - 298 Classon Avenue, Brooklyn N.Y. 11205
SDS Richa Erickson - Kings County - 298 Classon Avenue, Brooklyn N.Y. 11205
Detective Anthony Barbee - Kings County - 298 Classon Avenue, Brooklyn N.Y. 11205
NYPD Headquaters - Newyork County - 1 Police Plaza - New york, NY. 10001

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

| Check one: | THIS ACTION SHOULD BE ASSIGNED TO: | ☐ WHITE PLAINS | ☐ FOLEY SQUARE |
|---|---|---|---|
| | (DO NOT check either box if this a PRISONER PETITION.) | | |

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| | | [ ] NO |
| | | [ ] YES (DATE ADMITTED Mo. _____ Yr. _____) |
| RECEIPT # | | Attorney Bar Code # |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        *Shaqville Dinkins - Pro Sé*
                    Date                    Signature of Server

                    *Upstate Correc Fac, 309 Bare Hill Rd . Malone . N.Y. 12953*
                    Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

The following sections describe the elements that must be included in a properly drafted complaint.  These elements should appear in your complaint in the order listed below.  You should use these instructions along with the specific or general complaint form included in this manual.

<u>Contents of the Complaint</u>

<u>Caption</u>

The first page of your complaint must begin with a caption.  The top of the caption should state the name of the court in which the action is being filed, that is, the United States District Court for the Southern District of New York, followed by the names of all plaintiffs and defendants:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

<u>Your name,</u>
Shagufile Dinkins

Plaintiff,                                                   COMPLAINT

-against-                                          Jury Trial   Yes ☑ No ☐

<u>Names of all people or organizations you are suing,</u>
Detective Albert Brust Shield # 2002,
Detective Anthny Barbee Defendants.
Shield #64
            SDS Richa Erickson. NYPD/88th XPrecint
———————————————————————————

In the event that you do not know the name of any defendant, you may refer to that defendant as John Doe or Jane Doe, giving his or her position and, if known, the place and time that the incident occurred, and as much other information as will help to identify who the person is.  For example, if the defendant is a prison correction officer, he may be identified in the complaint as "Correction Officer John Doe who was on duty at Green Haven Correctional Facility in A Block at 8:00 p.m. on January 6, 2007."  Although John Doe's real identity will need to be determined in order to serve the

UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2001, 309 BARE HILL ROAD
MALONE, NEW YORK 1953

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007
Pro Se

USMC
USMC
USMC

Upstate
Correctional Facility